**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| Plaintiff | : | |
| | : | Criminal Case No.: 19-cr-292 (JDB) |
| *v.* | : | |
| | : | |
| **DARREN ANTHONY PILES** | : | |
| | : | |
| Defendant | : | |

**DEFENDANT'S MOTION TO RECONSIDER ORDER OF DETENTION
BASED ON THE COVID-19 PANDEMIC
AND
REQUEST FOR IMMEDIATE HEARING**

The Defendant, **DARREN PILES,** by and through his attorney, Clark U. Fleckinger II, hereby moves the Court to reconsider his detention pending sentence based on the global COVID-19 Pandemic.  As grounds therefore, the Defendant represents as follows:

1. That, on February 13, 2020, Mr. Piles pled guilty to Conspiracy to Distribute and Possession With the Intent to Distribute a detectable amount of cocaine in violation of 21 USC §§ 846, 841(a)(1) and ((b)((1)(C) stemming from a conspiracy to do the same between May and August 2019 and for which he was arrested on September 5, 2019[1] after which he was detained pursuant to 18 USC § 3142(f).[2]  Upon information and belief, the Government would concede that Mr. Piles was one of the least culpable defendants in the conspiracy.[3]  Sentencing is currently scheduled for May 6, 2020.[4]

---

[1] At the time of his arrest at his Suitland, MD home a small rock of crack cocaine was in his possession.  No indicia of distribution was seized at the time of arrest.

[2] Mr. Piles has been detained since that time.  The Pretrial Services Report prepared at that time indicated that the risk of both flight and danger to the community was "medium."

[3] Mr. Piles proffers that his participation in the conspiracy was limited to sharing the cocaine purchased through the conspiracy with friends who pooled their money to acquire the cocaine purchased by Mr. Piles for their own consumption.

2. That, since the time of the plea, the COVID-19 virus has become a global pandemic causing widespread infection and death as a result. As a result, the institutions and economies of the United States and most other countries have undergone significant and likely lasting transformations. Governments, including that of the United States, have instituted wide ranging policies and procedures to contain the spread of the pandemic. Courts have suspended normal operating procedures so as to comply with expert advice and governmental leadership edicts to self-quarantine and maintain social distancing requirements. Prison, jails and detention facilities have allegedly instituted procedures in an attempt to avoid the spread of the virus within the facilities to little avail.[5] No institution of society is conducting "business as usual."

3. That, experts are advising that specific populations are more susceptible to the virus than others. Among the populations more susceptible to the virus than others are persons with underlying respiratory, obesity and/or other medical issues. Mr. Piles suffers from asthma and requires an the use of an inhaler. In addition, he has been diagnosed as obese. Those diagnosed conditions have been noted in his DC Jail records according to U.S. Probation who has examined those records.[6]

4. That, in addition, in December 2019, Mr. Piles was hospitalized on several occasions as the result of an abscess and infection on his mouth causing substantial swelling and pain. He would appear to be particularly susceptible to infection and is also

---

[4] A preliminary calculation of the U.S. Sentencing Guidelines indicate that Mr. Piles is subject to a sentence of 24 to 30 months if he Guideline sentence is imposed. However, undersigned counsel anticipates that substantial evidence will be submitted in mitigation and will allocate for a substantial downward variance from the applicable guidelines. No mandatory minimum sentence is applicable.

[5] Notwithstanding the practices and procedures implemented by the DC Jail and CTF in an attempt to stop the spread of the virus, and in addition to the quarantining both those institutions are reporting that several staff and inmates are testing positive for COVID-19. Moreover, and upon information and belief, and because inmates reporting symptoms of the COVID-19 are being quarantined which means "lock down" for 23 hours a day, many inmates are not reporting symptoms of COVID-19 for fear of being relegated to "lock down" status.

[6] Mr. Piles has authorized the representation made herein.

part of the population which is more susceptible to infection from the virus and it's more severe consequences of the same. In addition, because a prison population is unable to comply with the various experts' recommendations such as social distancing, self-quarantining and frequent hand washing so as to avoid contraction and spread of the virus, that population is substantially more at risk than other populations.

5. That, in addition to the health risks posed to Mr. Piles as the result of his medical conditions and the inmate population of which he is a part, he has also been directly subjected to risk within the last several days by correctional officers at the DC Jail. His cellmate had been coughing substantially over the days before March 26. On March 26 the cellmate began vomiting at which time correctional officers removed his cellmate from the cell and quarantined him. The correctional officers required Mr. Piles to clean the vomit in the cell and provided no protective gear or other prophylactic measures to carry out that task which should not have even been delegated to Mr. Piles.

6. That, Mr. Piles respectfully moves this Court to release Mr. Piles to home detention or, in the alternative, to HISP. *Mr. Piles will in appear Court as required and will not commit any violation of law pending sentencing.*

7. That, upon release, Mr. Piles will reside with his mother, Annette Smith, at 5621 Regency Park Court, #5, Suitland, MD.

8. That, when balancing the risk that the Government suggests Mr. Piles poses to the community against the risk that Mr. Piles will contract the COVID-19 virus with the life threatening prospects that our local community, the nation and the globe are combatting through the use of extraordinary measures, Mr. Piles respectfully submits that his release with appropriate conditions are called for in these extraordinary times.

9. That, Mr. Piles requests an immediate hearing on the request made herein. Counsel will make himself available anytime the Court and the Government are available.

**WHEREFORE**, for these and such other reasons and upon such other authorities as may appear to this Honorable Court, the Defendant requests that the Court release Mr. Piles pending sentencing with any condition the Court deems appropriate.

Respectfully submitted,

_____/S/_____
Clark U. Fleckinger II
Attorney for Defendant
9805 Ashburton Lane
Bethesda, MD 20817
(301)294-7301
Bar No. 362393

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Defendant's Motion For Reconsideration Order of Detention Based on the COVID-19 Pandemic and Request for Immediate Hearing has been served, by ECF, upon AUSA Gregory Rosen this 29th day of March, 2020.

_____/S/_____
Clark U. Fleckinger II